PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

**FILED**

Jan 26, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**NEW CASE NUMBER: 1:24-cr-00026-NODJ-BAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-133-EPG |
| Plaintiff, | CHARGES:  21 U.S.C. § 843(b) – USE OF A COMMUNICATION FACILITY TO FACILITATE A DRUG TRAFFICKING OFFENSE |
| v. | |
| JUAN MIGUEL CASTANEDA, | |
| Defendant. | |

I N F O R M A T I O N

COUNT ONE: [21 U.S.C. § 843(b) – Use of a Communication Facility to Facilitate a Drug Trafficking Offense]

The United States Attorney charges: T H A T

JUAN MIGUEL CASTANEDA,

defendant herein, on or about June 22, 2020, in the State and Eastern District of California, and elsewhere, did knowingly and intentionally use a communication facility in committing, causing, and facilitating the commission of a felony offense, to wit: Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. § 841(a)(1),(b)(1)(B), in violation of Title 21, United States Code, § 843(b).

///

///

INFORMATION

1

COUNT TWO: [21 U.S.C. § 843(b) – Use of a Communication Facility to Facilitate a Drug Trafficking Offense]

The United States Attorney further charges: T H A T

JUAN MIGUEL CASTANEDA,

defendant herein, on or about July 2, 2020, in the State and Eastern District of California, and elsewhere, did knowingly and intentionally use a communication facility in committing, causing, and facilitating the commission of a felony offense, to wit: Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. § 841(a)(1),(b)(1)(B), in violation of Title 21, United States Code, § 843(b).

Dated:   January 22, 2024

PHILLIP A. TALBERT
United States Attorney


By:   _/s/ Arin C. Heinz_
ARIN C. HEINZ
Assistant United States Attorney

**United States v. Juan Miguel Castaneda**
**Penalties for Information**

## COUNT ONE

VIOLATION:        21 U.S.C. § 843(b) - Use of Communication Facility to Facilitate a Drug Trafficking
                  Offense

PENALTIES:        Not more than 48 months,
                  Not more than $250,000 fine or both
                  A one-year term of Supervised Release

## COUNT TWO

VIOLATION:        21 U.S.C. § 843(b) - Use of Communication Facility to Facilitate a Drug Trafficking
                  Offense

PENALTIES:        Not more than 48 months,
                  Not more than $250,000 fine or both
                  A one-year term of Supervised Release